# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Karen Kondrat                                               CHAPTER 13

                                    Debtor(s)

                                                                    BKY. NO. 23-10375 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                   Respectfully submitted,

                                   /s/ *Denise Carlon*
                                   Denise Carlon
                                   25 Jul 2023, 18:03:34, EDT

                                   Brian C. Nicholas, Esq. (317240) ☐
                                   Denise Carlon, Esq. (317226)   ☑
                                   KML Law Group, P.C.
                                   BNY Mellon Independence Center
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106
                                   412-430-3594
                                   bkgroup@kmllawgroup.com