**PAWB FORM 30 (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Karen Kondrat, | ) | Case No. 23-10375 JCM |
|     Debtor(s) | ) | Chapter 13 |
| | ) | Docket No. |
| | ) | |
| Karen Kondrat, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Erie Tax Claim Bureau
140 W. 6th Street, Room 110
Erie, PA 16501

Date: October 3, 2023     /s/ Kenneth Steidl
                                                 Kenneth Steidl, Esquire
                                                 Attorney for the Debtor(s)

                                                 STEIDL & STEINBERG
                                                 Suite 2830 – Gulf Tower
                                                 707 Grant Street
                                                 Pittsburgh, PA  15219
                                                 (412) 391-8000
                                                 ken.steidl@steidl-steinberg.com
                                                 PA I.D. No.34965