**Fill in this information to identify the case:**

Debtor 1        **KAREN KONDRAT**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Western District of Pennsylvania**

(State)

Case Number   **23-10375JCM**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   KEYBANK NA(*)    [REAL ESTATE]

**Court claim no.**  (if known):
3

**Last 4 digits** of any number you use to identify the debtor's account:   3   8   3   1

**Property Address:**       530 SHUNPIKE RD
Number        Street

ERIE                                                    PA    16508
City                                                       State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

|  | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $          7,475.73 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $          7,475.73 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $               -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $          7,475.73 |

| Part 4: | Postpetition Payment |
| --- | --- |

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____ 5,828.31

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
<u>May 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the
mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
| --- | --- |

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
| --- | --- |

**Within 28 days after service of this notice , the holder of the claim must file a response using Official Form 410C13-NR .**

✖ /s/ Ronda J. Winnecour                                              Date    05/28/2026
Signature

Trustee          Ronda J. Winnecour
                 First Name            Middle Name            Last Name

Address          CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
                 Number        Street

                 PITTSBURGH                              PA      15219
                 City                                    State   ZIP Code

Contact phone   (412) 471-5566               Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **KONDRAT** | | | Case Number **23-10375JCM** | | Page 1 |
|---|---|---|---|---|---|---|
| | Name | | | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 11/27/2023 | 1285135 | Amounts Disbursed To Creditor | 86.30 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 12/21/2023 | 1287730 | Amounts Disbursed To Creditor | 302.19 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 01/26/2024 | 1290402 | Amounts Disbursed To Creditor | 173.41 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 02/26/2024 | 1293076 | Amounts Disbursed To Creditor | 300.17 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 03/26/2024 | 1295714 | Amounts Disbursed To Creditor | 92.36 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 04/25/2024 | 1298369 | Amounts Disbursed To Creditor | 400.08 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 05/29/2024 | 1301072 | Amounts Disbursed To Creditor | 102.27 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 06/25/2024 | 1303623 | Amounts Disbursed To Creditor | 187.22 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 07/25/2024 | 1306206 | Amounts Disbursed To Creditor | 450.22 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 08/26/2024 | 1308792 | Amounts Disbursed To Creditor | 217.90 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 09/25/2024 | 1311367 | Amounts Disbursed To Creditor | 407.83 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 10/25/2024 | 1313906 | Amounts Disbursed To Creditor | 303.29 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 11/25/2024 | 1316476 | Amounts Disbursed To Creditor | 103.47 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 12/23/2024 | 1318884 | Amounts Disbursed To Creditor | 396.63 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 01/28/2025 | 1321364 | Amounts Disbursed To Creditor | 324.93 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 02/25/2025 | 1323797 | Amounts Disbursed To Creditor | 301.19 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 03/26/2025 | 1326273 | Amounts Disbursed To Creditor | 490.59 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 04/25/2025 | 1328755 | Amounts Disbursed To Creditor | 233.31 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 05/23/2025 | 1331181 | Amounts Disbursed To Creditor | 305.03 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 06/25/2025 | 1333623 | Amounts Disbursed To Creditor | 400.21 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 07/25/2025 | 1336100 | Amounts Disbursed To Creditor | 305.02 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 08/26/2025 | 1338522 | Amounts Disbursed To Creditor | 301.48 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 09/25/2025 | 1340927 | Amounts Disbursed To Creditor | 397.50 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 10/24/2025 | 1343405 | Amounts Disbursed To Creditor | 382.76 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 11/21/2025 | 1345710 | Amounts Disbursed To Creditor | 227.41 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 12/23/2025 | 1348048 | Amounts Disbursed To Creditor | 282.96 |
| | | | | | Total for Claim Number 3: | 7,475.73 |

**Total for Part 3 - b (Prepetition Arrears):** 7,475.73

### Part 4 - a (Postpetition Payments)

| Claim # | Name | | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 11/27/2023 | 1285135 | Amounts Disbursed To Creditor | 940.59 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 01/26/2024 | 1290402 | Amounts Disbursed To Creditor | 417.10 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 03/26/2024 | 1295714 | Amounts Disbursed To Creditor | 376.38 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 05/29/2024 | 1301072 | Amounts Disbursed To Creditor | 357.09 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 06/25/2024 | 1303623 | Amounts Disbursed To Creditor | 200.26 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 08/26/2024 | 1308792 | Amounts Disbursed To Creditor | 341.10 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 09/25/2024 | 1311367 | Amounts Disbursed To Creditor | 173.02 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 10/25/2024 | 1313906 | Amounts Disbursed To Creditor | 179.14 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 11/25/2024 | 1316476 | Amounts Disbursed To Creditor | 178.70 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 01/28/2025 | 1321364 | Amounts Disbursed To Creditor | 318.57 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 02/25/2025 | 1323797 | Amounts Disbursed To Creditor | 175.16 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 04/25/2025 | 1328755 | Amounts Disbursed To Creditor | 300.35 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 05/23/2025 | 1331181 | Amounts Disbursed To Creditor | 161.74 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 06/25/2025 | 1333623 | Amounts Disbursed To Creditor | 163.30 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 07/25/2025 | 1336100 | Amounts Disbursed To Creditor | 157.59 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 08/26/2025 | 1338522 | Amounts Disbursed To Creditor | 162.32 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 09/25/2025 | 1340927 | Amounts Disbursed To Creditor | 160.23 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 11/21/2025 | 1345710 | Amounts Disbursed To Creditor | 300.54 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 12/23/2025 | 1348048 | Amounts Disbursed To Creditor | 171.57 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 02/24/2026 | 1352774 | Amounts Disbursed To Creditor | 296.94 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 03/25/2026 | 1355184 | Amounts Disbursed To Creditor | 287.13 |
| 3 | KEYBANK NA(*) | [REAL ESTATE] | 05/27/2026 | 1359962 | Amounts Disbursed To Creditor | 9.49 |
| | | | | | Total for Claim Number 3: | 5,828.31 |

**Total for Part 4 - a (Postpetition Payments):** 5,828.31

**Certificate of Service**

I hereby certify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

KAREN KONDRAT
530 SHUNPIKE ROAD
ERIE, PA  16508

KENNETH STEIDL ESQ
STEIDL & STEINBERG PC
436 SEVENTH AVE STE 322
KOPPERS BUILDING
PITTSBURGH, PA  15219

KEYBANK NA(*)     [REAL ESTATE]
ATTN BANKRUPTCY PMTS
4910 TIEDEMAN RD
BROOKLYN, OH  44144

KEYBANK NA**
ATTN NOTICES - BANKRUPTCY
4910 TIEDEMAN RD
BROOKLYN, OH  44144

BROCK & SCOTT PLLC*
3825 FORRESTGATE DR
WINSTON SALEM, NC  27103


Dated: 05/28/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee