IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                          )
Karen Kondrat                                   )        Case No. 23-10375 JCM
    Debtor                                      )        Chapter 13
                                                )        Document No.
Steidl and Steinberg, P.C.                      )
    Applicant                                   )
                                                )        Related Document No. 82
    vs.                                         )
                                                )
Office of the U.S. Trustee, Ronda J. Winnecour, )
Trustee,                                        )
    Respondents                                 )

**ORDER OF COURT**

AND NOW, to-wit this ____12th____ day of ____June____, 2026, it is hereby **ORDERED**,

**ADJUDGED**, and **DECREED** that:

1) The Application for Compensation (Doc. ___82___) is **APPROVED** in the additional maximum

   amount of $6,425.00.00 in fees and $0.00 in costs for services performed by Counsel for the

   Debtor for the period between July 5, 2023, and May 22, 2026.  The actual amount payable will

   be limited to the Trustee's funds on hand after distribution to all other allowed claims.

2) The total amount of compensation, including the no-look fee, the amount set forth in paragraph 1,

   above, and all other approved applications in this case amounts to $9,525.00 in fees and $500.00

   in costs.

3) A total of $6,425.00 in compensation remains due.

4) The total compensation due set forth in Paragraph 3 may only be paid through the Chapter 13

   Plan ("Plan") if payment of the fees does not decrease the percentage or amount to be paid to

   other creditors through the Plan.

5) Any outstanding balance of legal fees at the conclusion of the case will be waived.

   BY THE COURT:

                                                        _____dak____
                                                        Hon. John Melaragno
                                                        U.S. Bankruptcy Judge
                                                        SIGNED
                                                        6/12/26 8:18 am
                                                        CLERK
                                                        U.S. BANKRUPTCY
                                                        COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10375-JCM |
| Karen Kondrat | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 12, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Karen Kondrat, 530 Shunpike Road, Erie, PA 16508-2745 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Debtor Karen Kondrat julie.steidl@steidl-steinberg.com<br>ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;bwilhelm@steidl-steinberg.com;Steidl.KenB104904@notify.bestcase.com |
| Mario J. Hanyon | on behalf of Creditor KeyBank  NA, s/b/m First Niagara Bank, NA wbecf@brockandscott.com,<br>mario.hanyon@brockandscott.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1                          User: auto                                   Page 2 of 2
Date Rcvd: Jun 12, 2026                       Form ID: pdf900                              Total Noticed: 1
TOTAL: 5