Certificate Number: 06531-PAW-DE-041164957

Bankruptcy Case Number: 23-10375



06531-PAW-DE-041164957

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 3, 2026, at 11:08 o'clock AM CDT, Karen Kondrat completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 3, 2026              By:      /s/Saira Sanchez

Name:   Saira Sanchez

Title:   Certified Credit Counselor