IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                            )
                                  )
**Karen Kondrat,**                )
    **Debtor(s)**         )     **Case No. 23-10375-JCM**
                                  )     **Chapter 13**
                                  )
                                  )     **Docket No.**
                                  )
**Karen Kondrat,**                )
    **Movant(s)**         )
                                  )
    **vs.**               )
                                  )
**No Respondent(s)**              )
                                  )

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1.    The Debtor has made all payments required by the Chapter 13 Plan.

2.    Include whichever one of the two following statements applies:
The Debtor is  not required to pay any Domestic Support Obligations.

3.    The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.    On July 6, 2026 at Docket No. 94, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Respectfully submitted,

July 6, 2026                      /s/ Kenneth Steidl_____
DATE                             Kenneth Steidl, Esquire
                                 Attorney for the Debtor(s)

                                 STEIDL & STEINBERG
                                 436 Seventh Avenue
                                 Suite 322
                                 Pittsburgh, PA  15219
                                 (412) 391-8000
                                 ken.steidl@steidl-steinberg.com
                                 PA I.D. No. 34965